In the Matter of the Claim of EFFIE KING, Respondent, v. ICE SERVICE COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion denied.

In the Matter of the Claim of RALPH LEDEE, Respondent, v. 340 PARK AVENUE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

HOMER LIDDINGTON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on account of error in the charge in respect to the promulgation of the rule and the negligence of the defendant. All concur.

SIDNEY MANDELL, Respondent, v. WILLIAM H. COLE and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur, except H. T. Kellogg, J., dissenting.

In the Matter of the Claim of RAYMOND MANLEY, Respondent, v. BOOTH & FLINN, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of THOMAS MARINO, Respondent, v. THATCHER MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Summary Proceedings by JOSEPH DISCO, Appellant, v. ROBERT TROHN, Respondent.— Order and judgment unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Accounts of THE MADISON COUNTY TRUST AND DEPOSIT COMPANY, as Administrator with the Will Annexed of ELIZABETH STORMS EATON, Deceased.—Motion denied, with ten dollars costs.

In the Matter of the Application of JAMES HICKEY, Petitioner, for a Certiorari Order against T. FRANCIS KENNEDY, as Commissioner of Public Safety of the City of Cohoes, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

In the Matter of the Account of Proceedings of WILLIAM W. HALL, as Executor, etc., of SARAH L. SMITH, Deceased.— Motion denied, with ten dollars costs.

In the Matter of the Claim of JAMES McMANN, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

GEORGE E. MOTLER and Another, as Administrators, etc., of JOHN MOTLER, Deceased, Respondents, v. MARTIN L. SMITH, Appellant.— Judgment and order reversed, on the ground that the verdict is excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $2,000, in which event the judgment is so modified and as so modified the judgment and order are affirmed, without costs. All concur.

JOSEPH NEHLAD, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Respondent.— Judgment and order unanimously affirmed, with costs.